UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BLANCA GODINEZ DOMINGO,
Petitioner,

v.

JEREMY CASEY, et al.,
Respondents.

Case No.: 26-CV-3849 JLS (MSB)

**ORDER GRANTING AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

(ECF No. 9)

Presently before the Court is Blanca Godinez Domingo's Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 9). Also before the Court is Respondents' Return to Habeas Petition ("Ret.," ECF No. 10). Petitioner did not file a Traverse. *See generally* Docket.

Petitioner, a native of Guatemala, entered the United States in 2024. Pet. at 3. Upon entry, she was detained for several months before being released on her own recognizance. *Id.* However, after appearing at one of her immigration hearings, she was arrested in the courtroom. *Id.* Petitioner argues that her revocation of parole without prior notice or an opportunity to be heard violates the Fifth Amendment's Due Process Clause. *Id.* As a result, she requests release from custody. *Id.* Respondents acknowledge that Petitioner was released on parole and thus "do not oppose the petition and defer to the Court on the

appropriate relief." Ret. at 2. The Court finds that Petitioner is entitled to release. *See, e.g.*, *Noori v. LaRose*, 807 F. Supp. 3d 1146, 1163–67, 1169 (S.D. Cal. 2025) (granting release under similar facts); *Tran v. LaRose*, No. 26-CV-2653 JLS (GC), 2026 WL 1303166, at *1–3 (S.D. Cal. May 12, 2026) (same); *Antonio v. LaRose*, No. 26-CV-2387-LL-MMP, 2026 WL 1215037, at *1–3 (S.D. Cal. May 4, 2026) (same).

Accordingly, the Court **GRANTS** Petitioner's Amended Petition for Writ of Habeas Corpus (ECF No. 9), and **ORDERS** Respondents to immediately release Petitioner from custody subject to the conditions of her preexisting parole. The Court **ORDERS**, prior to any re-detention of Petitioner, that Petitioner is entitled to notice of the reasons for revocation of her parole and a hearing before a neutral decision maker to determine whether detention is warranted. The government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a flight risk. The Parties are **ORDERED** to file a Joint Status Report by September 8, 2026, confirming that Petitioner has been released. As this concludes the litigation in this case, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge